■ Nina Yunayeva, Respondent, v Digiugno Steel, Inc., et al., Appellants. [977 NYS2d 911]—

The defendants failed to meet their prima facie burden of demonstrating that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345, 350 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). The defendants' motion papers failed to adequately address the plaintiff's claim, clearly set forth in the bill of particulars, that the plaintiff sustained a serious injury to her right knee (*see Staff v Yshua*, 59 AD3d 614 [2009]). Since the defendants failed to meet their prima facie burden, it is unnecessary to determine whether the papers submitted by the plaintiff in opposition were sufficient to raise a triable issue of fact (*see generally Stukas v Streiter*, 83 AD3d 18, 24 [2011]).

Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint. Mastro, J.P., Balkin, Sgroi and Hinds-Radix, JJ., concur.